# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

July 1, 2022

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Almanzar and Ortiz*, 22 Cr. 84 (VSB)

Dear Judge Broderick:

    I am counsel for Albert Oscar Barriento Almanzar, a defendant in the above referenced matter.

    The case is currently scheduled for a status conference on July 9, 2022.

    On behalf of the parties, and with consent of the Government, I respectfully request the conference be adjourned, subject to the Court's availability, to September 6, 2022.

    I make this request as the parties seek additional time to continue reviewing the discovery produced by the Government including recently produced discovery. In addition, the parties intend to continue discussing a possible non-trial resolution of the case.

    On behalf of Defendant Almanzar, I consent to an exclusion of time under the Speedy Trial Act from July 8, 2022 to the adjourned date. In addition, I am authorized to agree to this same exclusion on behalf of Defendant Ortiz.

    In the event the Court is not available to hold the conference on September 6th, the parties will confer with Your Honor's deputy to determine a mutually agreeable date.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: All parties of record by ECF

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 07/05/22

The status conference scheduled for July 6, 2022 is hereby adjourned to September 6, 2022 at 12:00 p.m. The adjournment is necessary to permit the Defense to review the discovery produced by the Government including recently produced discovery, and to continue their discussions related to a possible non-trial resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between July 6, 2022 and September 6, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.