# MAHER & PITTELL, LLP

ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
Tel (516) 829-2299
*jp@jpittell.com*

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.   10/20/2022

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
Tel (516) 829-2299
*jp@jpittell.com*

The status conference scheduled for October 21, 2022 is hereby adjourned to December 16, 2022 at 11:00 a.m. The adjournment is necessary to allow the parties additional time to continue reviewing the discovery produced by the Government and to continue discussing a possible non-trial resolution of the case. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between October 21, 2022 and December 16, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

October 19, 2022

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Almanzar and Ortiz*, 22 Cr. 84 (VSB)

Dear Judge Broderick:

    I am counsel for Albert Oscar Barriento Almanzar, a defendant in the above referenced matter.

    The case is currently scheduled for a status conference on October 21, 2022.

    On behalf of the parties, and with consent of the Government, I respectfully request the conference be adjourned to December 16, 2022 at 11 a.m., a date and time which I understand is available on the Court's calendar.

    I make this request as the parties seek additional time to continue reviewing the discovery produced by the Government and to continue discussing a possible non-trial resolution of the case.

    On behalf of Defendant Almanzar, I consent to an exclusion of time under the Speedy Trial Act from December 16, 2022 to the adjourned date. In addition, it is my understanding that I am authorized to agree to this same exclusion on behalf of Defendant Ortiz.

                                            Respectfully submitted,
                                            /s/
                                            Jeffrey G. Pittell

cc:    All parties of record by ECF