**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 12/14/2022

The status conference scheduled for December 16, 2022, is hereby adjourned to February 10, 2023, at 2 p.m. The adjournment is necessary to allow defense counsel to prepare for the next court date. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, it is further ordered that the time between December 16, 2022, and February 10, 2023, is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**MAHER & PITTELL**
ATTORNEYS AT

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
*jp@jpittell.com*

December 13, 2022

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *U.S. v. Almanzar and Ortiz*, 22 Cr. 84 (VSB)

Dear Judge Broderick:

    I am counsel for Albert Oscar Barriento Almanzar, a defendant in the above referenced matter.

    The case is currently scheduled for a status conference on December 16, 2022.

    On behalf of the parties, and with consent of the Government, I respectfully request the conference be adjourned to February 10, 2023 at 2 p.m., a date and time which I understand is available on the Court's calendar.

    On behalf of Defendant Almanzar, I consent to an exclusion of time under the Speedy Trial Act from December 16, 2022 to the adjourned date. In addition, it is my understanding that I am authorized to agree to this same exclusion on behalf of Defendant Ortiz.

                            Respectfully submitted,
                              /s/
                              Jeffrey G. Pittell

cc:    All parties of record by ECF