```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                -against-                                   :
                                                            :           22-CR-84 (VSB)
ALBERT OSCAR BARRIENTO                                      :
ALMANZAR, and STEVEN ALMONO                                 :              ORDER
ORTIZ,                                                      :
                                                            :
                                      Defendants.           :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

A plea hearing is scheduled for Almanzar, on Friday, April 14, at 1:30 p.m., in courtroom 518, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated: March 22, 2023
       New York, New York

*Vernon Broderick* (signature)
Vernon S. Broderick
United States District Judge