U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2023

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.   07/13/2023**

The status conference scheduled for July 17, 2023 is hereby adjourned to July 24, 2023 at 12:00 p.m.  The adjournment is necessary to allow the parties to complete their motion filings and to allow the court to review such filings.  The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, it is further ordered that the time between July 17, 2023 and July 24, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**BY ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Ortiz et al.**, 22 Cr. 84 (VSB)

Dear Judge Broderick:

The parties jointly write to request the adjournment of the status conference that is scheduled in this matter for July 17. On June 15, the Court adjourned the briefing schedule by two weeks, such that the defense's suppression motion will not be fully briefed until July 20. (ECF No. 45). Accordingly, the parties believe it makes sense to adjourn the status conference until after the motion is fully briefed. The parties understand that the Court is available at 12 p.m. on July 24, 2023, which is a time that also works for the parties. Alternatively, the parties are happy to set a conference date once the Court has had the opportunity to review the briefing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

cc (by ECF):   All counsel of record