# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

November 6, 2023

Hon. Vernon S. Broderick
U.S. Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   11/07/2023

The sentencing hearing scheduled for November 16, 2023 is hereby adjourned to February 23, 2024 at 11:00 AM.

Re:  *U.S. v. Almanzar and Ortiz*, 22 Cr. 84 (VSB)

Dear Judge Broderick:

    I am counsel for Albert Oscar Barriento Almanzar, a defendant in the above referenced matter.

    Previously, Mr. Almanzar pled guilty pursuant to a Plea Agreement with the Government. Sentencing is currently scheduled for November 16, 2023.

    Please accept this letter in lieu of a formal motion to adjourn the sentencing. I seek this adjournment as I await receipt of letters and other documents for inclusion in the Sentence Memorandum I plan to submit to the Court. It is anticipated that some of these documents will be written in Spanish and will require translation. Further, I seek additional time to prepare the Sentence Memorandum.

    Due to the foregoing, and other personal and professional commitments (including a trial scheduled to start in early December), I respectfully request the sentence date be adjourned to the week of February 19, 2024 (subject to availability on the Court and Government calendars) or a date thereafter.

    I have conferred with the Government and they do not object to this request.

                              Respectfully submitted,
                                /s/
                                Jeffrey G. Pittell

cc:    All parties of record by ECF