UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                   :
UNITED STATES OF AMERICA,            :

             -against-                   :
                                        :        22-CR-84 (VSB)
ALBERT OSCAR BARRIENTO          :
ALMANZAR, and STEVEN ALMONO  :       **ORDER**
ORTIZ,                                            :
                                              :
                             Defendants.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 22, 2023, I received a letter from Defendant Albert Oscar Barriento Almanzar, which was provided to his attorney, Jeffrey G. Pittell. At Mr. Pittell's suggestion, I held a hearing on December 19, 2023 to discuss whether or not Defendant wanted me to appoint him new counsel. At the hearing, Defendant stated that he no longer wished to change lawyers. Accordingly, to the extent that Defendant's letter can be construed as a motion for the appointment of new counsel, it is DENIED as moot.

SO ORDERED.

Dated: December 19, 2023
       New York, New York

_Vernon Broderick_ (signature)
Vernon S. Broderick
United States District Judge